UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                          :
                                                                  :
        -v-                                                       :      23-CR-370-3 (JGLC)
                                                                  :
BRYAN MARTY WAUGH,                                                :      SCHEDULING ORDER
                                                                  :
                        Defendant.                                :
                                                                  :
------------------------------------------------------------------X

JESSICA G. L. CLARKE, United States District Judge:

    As ORDERED at the status conference held on **February 26, 2024**, Defendant's motion(s), if any, shall be filed by **March 22, 2024**. The Government's response shall be filed by **April 5, 2024**. Defendant's reply shall be filed by **April 12, 2024**. The Government's deadline to file a superseding indictment, if any, is **April 29, 2024**.

    Trial in this case is scheduled for **June 24, 2024** at **10:00 a.m.**

    The following schedule is based on the parties' proposed trial filing schedule submitted at the conference on February 26, 2024, with minor changes.

| Date | Item |
| --- | --- |
| April 29, 2024 | Government's expert witness disclosure |
| May 24, 2024 | Defendant's expert witness disclosure<br>Joint proposed voir dire<br>Joint proposed jury instructions<br>Joint proposed verdict forms<br>Motions *in limine* |
| May 31, 2024 | Oppositions to motions *in limine*<br>Government's witness list<br>Government's 404(b) notice<br>Defendant's disclosure of any advice of counsel or 12.2 defense |
| June 7, 2024 | Government's exhibit list<br>Daubert motions |
| June 14, 2024 | Oppositions to Daubert motions<br>Defendant's exhibit list<br>Defendant's witness list<br>Defendant's 26.2 material<br>Defendant's Rule 16 material |
| June 17, 2024 | Exhibit lists with parties' objections per Individual Rule 1(f) |

    In addition to the deadlines above, the parties shall continue to confer regarding the date by which the Government will produce 3500 material. The parties shall also comply with the

Court's Individual Trial Rules and Practices, available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke, regarding submitting certain documents above by email to the Court (ClarkeNYSDChambers@nysd.uscourts.gov) as Microsoft Word documents.

It is further ORDERED that the parties appear for a final pretrial conference on **June 20, 2024**, at **10:00 a.m.** in **Courtroom 20C** of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.  **The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.**

SO ORDERED.

Dated: February 29, 2024
       New York, New York

                                                                                  *Jessica Clarke*
                                                             JESSICA G. L. CLARKE
                                                             United States District Judge