UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRYAN MARTY WAUGH

                Defendant.

23-CR-370-3 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The Court has scheduled a change of plea as to Defendant Bryan Marty Waugh for Tuesday, May 14, 2024, at 3:00 p.m. in Courtroom 11B at 500 Pearl Street, New York, New York, 10007.

Dated: May 13, 2024
       New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*

                                      JESSICA G. L. CLARKE
                                      United States District Judge