# KRIEGER LEWIN LLP

350 Fifth Avenue, 77th Floor
New York, NY 10118

Telephone: (212) 390-9550
www.kriegerlewin.com

July 12, 2024

**By ECF**

Hon. Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    *United States v. Bryan "Marty" Waugh,* **S3 23 Cr. 370 (JGLC)**

Dear Judge Clarke:

     As the Court is aware, we represent defendant Bryan "Marty" Waugh in the above-captioned case. We respectfully submit this letter to request that Your Honor adjourn the deadline to file Mr. Waugh's response to the government's letter brief regarding insider trading, ECF No. 97, from July 12 until July 15, 2024, to allow adequate time to respond to certain aspects of the government's letter. We further request that Your Honor adjourn the government's deadline to reply to Mr. Waugh's response from July 19 until July 22, 2024. The government consents to these requests.

                              Respectfully submitted,
                              KRIEGER LEWIN LLP

                  By:   /s/  Daniel S. Noble
                              Daniel S. Noble
                              Nicholas J. Lewin
                              Patricio G. Martínez Llompart
                              Oleg M. Shik

cc: All counsel of record (by ECF)