# KRIEGER LEWIN LLP

350 Fifth Avenue, 77th Floor  
New York, NY 10118

Telephone: (212) 390-9550  
www.KriegerLewin.com

December 16, 2024

By ECF

The Honorable Jessica G.L. Clarke  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007



Re: *United States v. Bryan "Marty" Waugh*, 23 Cr. 370 (JGLC)

Dear Judge Clarke:

    We represent Bryan "Marty" Waugh, the defendant in the above-referenced case. On December 10, 2024, Your Honor sentenced Mr. Waugh to time served and a three-year term of probation, in addition to a $25,000 fine and $100 special assessment. Dkt. 130.

    We write to respectfully request that the Court authorize the return of Mr. Waugh's passport, which he surrendered to Pretrial Services on July 26, 2023, as a condition of bail. The government has no objection to this request.

Application GRANTED. Pretrial Services Office is directed to return Mr. Waugh's passport back to him or his counsel. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 131.

SO ORDERED.

*/s/ Jessica Clarke*

JESSICA G. L. CLARKE  
United States District Judge

Dated: December 18, 2024  
      New York, New York

Respectfully submitted,  
KRIEGER LEWIN LLP

By: _____  
Nicholas J. Lewin  
Daniel S. Noble  
Patricio G. Martínez Llompart  
Oleg M. Shik

*Attorneys for Bryan "Marty" Waugh*

    cc:    All counsel of record (by ECF)